UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :

     V.                                    MAG. NO.   10-2529(DEA)
                             :

CARL FLORES
                             :         O R D E R


      The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

      It is on this __7TH__ day of __OCTOBER__, 2010,

ORDERED that _____ANDREA BERGMAN_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant is this cause until further order of the Court.

                                                  _____
                                                  DOUGLAS E. ARPERT
                                                  U.S. Magistrate Judge