# UNITED STATES DISTRICT COURT

for the _____   District of _____ New Jersey

| UNITED STATES OF AMERICA<br>V.<br><br>CARL FLORES | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 10-2529(DEA) | M-07-631-S1 |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

X Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    21   U.S.C. § 846

**DISTRICT OF OFFENSE**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

**DESCRIPTION OF CHARGES:**

CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:    ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

Interpreter Required?    ☐ No    ☐ Yes    Language: _____

DISTRICT OF

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

October 7, 2010                        /s/ [signature]
Date                                    Judge

RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |